**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHARON GELWICKS | : | |
|     Plaintiff | : | Civil Action No. 1:07-CV-914 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| BOROUGH OF GETTYSBURG, | : | |
| ROLF GARCIA, WHILLIAM | : | |
| TROXELL, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, this 20th day of June, 2008, upon receipt of notice of settlement (Doc. No. 28) from counsel indicating that the above-captioned action has settled, **IT IS ORDERED THAT** the case can be dismissed. The Clerk of Court shall close the case.

                                         s/ Yvette Kane
                                         Yvette Kane, Chief Judge
                                         United States District Court